```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN ZABALA,

        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-10922 (PGG) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated December 4, 2019 (Dkt. No. 9), the Court directed plaintiff to file her answering brief within 60 days of the Commissioner filing a motion for judgment on the pleadings. The Commissioner filed a motion for judgment on the pleadings on April 13, 2020. (Dkt. No. 14.) Plaintiff has now missed the deadline to respond to the Commissioner's motion.

    In light of plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's deadline to file her opposition memorandum until **July 13, 2020.** If plaintiff does not file her opposition to defendants' motion for judgment on the pleadings by that date, the motion will be deemed fully briefed and will be decided based on the current record.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Joann Zabala.

Dated: New York, New York
       June 17, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**