```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN ZABALA,

        Plaintiff,

  -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-10922 (PGG) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

By Order dated December 4, 2019 (Dkt. No. 9), the Court directed plaintiff to file her answering brief within 60 days of the Commissioner filing a motion for judgment on the pleadings. The Commissioner filed a motion for judgment on the pleadings on April 13, 2020, making plaintiff's opposition papers due June 12, 2020. (Dkt. No. 14.) Plaintiff missed that deadline. By Order dated June 17, 2020 (Dkt. No. 16), the Court *sua sponte* extended plaintiff's deadline to file her opposition memorandum until July 13, 2020. Once again, plaintiff missed that deadline.

In light of plaintiff's *pro se* status and the COVID-19 pandemic, the Court *sua sponte* extends plaintiff's deadline to file her opposition papers until **August 17, 2020. If plaintiff does not file her papers in opposition to defendant's motion for judgment on the pleadings by that date, no further extensions will be granted, and the motion will be decided based on the current record**.

Plaintiff may submit her opposition via mail, e-mail, or hand-delivery. To submit by mail, plaintiff should mail her brief to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl Street, New York, NY 10007. To submit by e-mail, plaintiff should email her brief to Temporary_Pro_Se_Filing@nysd.uscourts.gov. To submit by hand delivery, plaintiff should place her brief in the Pro Se Intake Unit's dropbox, located in the lobby of the 200 Worth

Street entrance to the Daniel Patrick Moynihan Courthouse, next to the security station. Regardless of the method of delivery, the brief must be labelled with the caption and docket number of this case and must be signed by plaintiff Zabala. The Court also reminds plaintiff that there is a 25-page limit on her brief (not including exhibits). *See* Order of Service and Scheduling Order dated December 3, 2019 (Dkt. No. 7), ¶ 6.

Should plaintiff have any questions regarding how to file her brief, she may call the Pro Se Intake Unit at (212) 805-0175 or visit the Pro Se Intake Unit's FAQ page at https://nysd.uscourts.gov//sites/default/files/2020-05/2020-05-07-FAQ-self-representation-pandemic.pdf.

The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Joann Zabala.

Dated: New York, New York	**SO ORDERED**.
       July 17, 2020

_____
**BARBARA MOSES**
**United States Magistrate Judge**