USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN ZABALA,

        Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

19-CV-10922 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument previously scheduled for January 13, 2021 is adjourned to **February 17, 2021, at 10:00 a.m.** In light of the ongoing public health emergency, the oral argument will be conducted remotely using the Court's videoconferencing technology, for which a separate order will issue.

Dated: New York, New York
      January 4, 2021

                                      **SO ORDERED**.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**.