```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/9/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOANN ZABALA,

        Plaintiff,                         19-CV-10922 (BCM)

-against-                         **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

**BARBARA MOSES, United States Magistrate Judge.**

The oral argument previously scheduled for February 17, 2021 is adjourned to **March 4, 2021, at 10:00 a.m.** The argument will be conducted remotely via Microsoft Teams. Chambers will email the required videoconferencing link to the parties. A publicly accessible audio line is available to nonparties, including members of the public and the press, by dialing **(917) 933-2166** and enter the code **54323828#**. Nonparties must observe the same decorum as would be expected at an in-person argument, and must mute their telephone lines throughout the proceeding.

Dated:  New York, New York
         February 9, 2021

                                         **SO ORDERED**.

                                         _____
                                         **BARBARA MOSES**
                                         **United States Magistrate Judge**.